BEFORE THE SECOND DIVISION, APRIL 16, 1940

**No. 43498.**—Protests 963182–G, etc., of American Import Co. et al. (San Francisco).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the cocoa fiber pile mats in question were held dutiable at 90 percent under paragraph 1529 (a) as claimed.